**Jimmy Fletcher MEDERS, Petitioner-Appellant,**

v.

**WARDEN, GEORGIA DIAGNOSTIC PRISON, Respondent-Appellee.**

**No. 14-14178-P & 15-14734-P**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 10/26/2017

James K. Jenkins, Maloy Jenkins Parker, Boulder, CO, Andru H. Volinsky, Bernstein Shur, Manchester, NH, for Petitioner-Appellant

Sabrina Graham, Beth Attaway Burton, Attorney General's Office, Atlanta, GA, for Respondent-Appellee

Before: HULL, MARCUS and JILL PRYOR, Circuit Judges.

BY THE COURT:

On October 17, 2017, Appellant filed a motion for reconsideration of the September 29, 2017 order (that denied the motion to file substitute brief as moot). The Court construes that October 17, 2017 motion as

a new motion to substitute the new brief filed on October 17, 2017 for the original brief filed on September 25, 2017, grants Appellant's motion, and allows Appellant's October 17, 2017 brief to be substituted.